**STATE of Missouri, Respondent,**

v.

**Alvin PATTERSON, Appellant.**

**No. ED 80844.**

Missouri Court of Appeals, Eastern District, Division Four.

June 17, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 13, 2003.

Owenda R. Robinson, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen. & Dora A. Fichter, Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., SHERRI B. SULLIVAN, J., GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Defendant, Alvin Patterson, appeals from the judgment entered after a jury found him guilty of two counts of forcible rape, two counts of felonious restraint, and three counts of unlawful use of a weapon. Defendant was sentenced ten years imprisonment for each forcible rape conviction, five years for each felonious restraint conviction, five years each for two of the unlawful use of a weapon convictions, and three years for the third unlawful use of a weapon conviction, with the sentences to be served consecutively. No jurisprudential purpose would be served by a written opinion. The parties, however, have been provided with a memorandum for their information only setting forth the reasons for this order.

The judgment is affirmed. Rule 30.25(b).